**Dismissed and Memorandum Opinion filed July 31, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00372-CV

### IN THE INTEREST OF G.T.A., a Child

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2011-42025**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 4, 2012. The clerk's record was filed May 7, 2012. No reporter's record was filed. No brief was filed.

On June 15, 2012, this court issued an order stating that unless appellants submitted a brief, together with a motion reasonably explaining why the brief was late, on or before July 16, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.